1  Matthew S. Bellinger (SBN 222228)
   matt.bellinger@knobbe.com
2  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
3  Irvine, CA 92614
   Telephone: (949) 760-0404
4  Facsimile: (949) 760-9502

5  Hans L. Mayer (SBN 291998)
   hans.mayer@knobbe.com
6  KNOBBE, MARTENS, OLSON & BEAR, LLP
   925 Century Park East, Suite 400
7  Los Angeles, CA 90067
   Telephone: (310) 551- 3450
8  Facsimile: (310) 601-1263

9  Nicholas A. Belair (SBN 295380)
   nick.belair@knobbe.com
10 KNOBBE, MARTENS, OLSON & BEAR, LLP
   333 Bush St., 21st Fl.
11 San Francisco, CA 94104
   Telephone: (415) 217-8399
12 Facsimile: (415) 954-4111

13 Attorneys for Defendant
   WHALECO, INC., D/B/A TEMU
14

15             IN THE UNITED STATES DISTRICT COURT
16           FOR THE CENTRAL DISTRICT OF CALIFORNIA
17                      WESTERN DIVISION
18

| | |
|---|---|
| TWENTY ONE PILOTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WHALECO, INC., a Delaware Corporation, individually, and doing business as "Temu"; and DOES 1-10,<br><br>Defendants. | Case No.: 2:25-cv-08521-WLH-PD<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION TO STRIKE**<br><br>Hearing Date: March 20, 2026<br>Hearing Time: 1:30 p.m.<br>Courtroom:    9B<br>Judge: Honorable Wesley L. Hsu |

**PLEASE TAKE NOTICE THAT** on March 20, 2026 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Wesley L. Hsu, Courtroom 9B of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Defendant Whaleco, Inc., d/b/a Temu ("Temu") will and hereby does move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the above-titled action in its entirety, and to strike certain portions of the Plaintiff Twenty One Pilots, LLC's First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 12(f).

Pursuant to Local Rule 7-3, on October 29, 2025 the parties thoroughly discussed the substance and potential resolution of the filed motion by videoconference.

This motion is based upon this Notice of Motion and the Memorandum of Points and Authorities and Mayer Declaration filed concurrently herewith, any subsequently filed briefs and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. A proposed order is also being lodged for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 4, 2025        /s/ *Hans L. Mayer*
                               Matthew S. Bellinger
                               Hans L. Mayer
                               Nicholas A. Belair

                               Attorneys for Defendant
                               WHALECO, INC., D/B/A TEMU

- 1 -