UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-08521-WLH-PD | Date | April 7, 2026 |
| Title | Twenty One Pilots, LLC v. Whaleco, Inc. et al | | |

Present: The Honorable    WESLEY L. HSU, United States District Judge

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**    **(IN CHAMBERS) ORDER  DENYING DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT AND MOTION TO STRIKE  [18]**

The Court is in receipt of Defendant Whaleco, Inc.'s Motion to Dismiss the First Amended Complaint and Motion to Strike (the "Motion").  (Mot., Dkt. No. 18).  No party filed a written request for oral argument stating that an attorney with five years or less of experience would be arguing the matter.  (*See* Standing Order, Dkt. No. 11 at 16).  Further, pursuant to Federal Rule of Civil Procedure 78 and Local Rule 7-15, the Court finds this matter appropriate for decision without oral argument.  The hearing calendared for April 10, is **VACATED**, and the matter taken off calendar.  For the reasons discussed below, Defendant Whaleco, Inc.'s Motion is **DENIED** without prejudice as **MOOT**.

Defendant Whaleco, Inc. filed this instant Motion on December 14, 2025.  (Mot., Dkt. No. 18).  On February 26, 2026, the Parties stipulated to permit Plaintiff Twenty One Pilots, LLC to file a Second Amended Complaint, (Joint Stipulation, Dkt. No. 21), and the Court granted the Joint Stipulation on March 20, 2026, (Order, Dkt. No.  24).  Plaintiff Twenty One Pilot, LLC was ordered to file its Second Amended Complaint

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

within seven (7) days of the Order. (*Id*.). The Court also ordered Defendant Whaleco, Inc. to file its response, which may be a motion to dismiss, within twenty-one (21) days of the filing of the Second Amended Complaint. (Id.).

On March 27, 2026, Plaintiff Twenty One Pilots, LLC filed the Second Amended Complaint. (Dkt. No. 25). The Court, therefore, finds that this instant Motion no longer pertains to an operative pleading, because Plaintiff Twenty One Pilots, LLC filed the SAC on March 27, 2026— after the Motion was filed. An "amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (citation omitted). A motion that targets a complaint that is no longer in effect is generally denied. *See W. Air Charter, Inc. v. Sojitz Corp.*, 2019 WL 6998765, at *1 (C.D. Cal. Aug. 1, 2019) (finding upon plaintiff filing the third amended complaint, defendant's arbitration motion is moot because it no longer pertained to the operative pleading); *see also Lemberg v. Lularoe*, 2018 WL 6927836, at *3 (C.D. Cal. Mar. 1, 2018) (denying the motion to compel arbitration as moot because the motion targeted a previous iteration of the complaint and plaintiff's amended complaint added new causes of action and plaintiffs). Therefore, Defendant Whaleco, Inc's Motion is **DENIED** without prejudice as **MOOT**.

**IT IS SO ORDERED.**