Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Hans L. Mayer (SBN 291998)
hans.mayer@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 400
Los Angeles, CA 90067
Telephone: (310) 551- 3450
Facsimile: (310) 601-1263

Nicholas A. Belair (SBN 295380)
nick.belair@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
333 Bush St., 21st Fl.
San Francisco, CA 94104
Telephone: (415) 217-8399
Facsimile: (415) 954-4111

Attorneys for Defendant
WHALECO, INC., D/B/A TEMU

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TWENTY ONE PILOTS, LLC, | Case No.: 2:25-cv-08521-WLH-PD |
| Plaintiff, | **JOINT STIPULATION TO COMPEL ARBITRATION AND STAY THE CASE** |
| v. | |
| WHALECO, INC., a Delaware Corporation, individually, and doing business as "Temu"; and DOES 1-10, | Honorable Wesley L. Hsu |
| Defendants. | |

Plaintiff Twenty One Pilots, LLC ("TOP") and Defendant Whaleco, Inc., d/b/a Temu ("Temu") hereby stipulate to compel arbitration and stay this case.

WHEREAS, TOP filed its original Complaint on September 9, 2025 (Dkt. 1), its First Amended Complaint on November 17, 2025 (Dkt. 17), and its Second Amended Complaint on March 27, 2026 (Dkt. 25);

WHEREAS, on April 24, 2026, Temu moved to Compel Arbitration (Dkt. 33) pursuant to Section 19 of Temu's Terms of Use (Dkt. 33-8) (the "Arbitration Agreement");

WHEREAS, on May 1, 2026, TOP opposed Temu's Motion to Compel Arbitration (Dkt. 34) (the "Motion");

WHEREAS, on May 18, 2026, the Court denied Temu's Motion but ordered that Temu may file a renewed Motion to Compel Arbitration after it had conducted certain discovery as outlined by the Court (Dkt. 38);

WHEREAS, TOP thereafter stipulated to submit its claims asserted in this action to arbitration, and the parties have agreed to arbitrate those claims in accordance with the Arbitration Agreement, except that the following provision is waived and will not apply to the arbitration that is the subject of this stipulation: "If you or we need to invoke the authority of a court of competent jurisdiction to compel arbitration, then the party that obtains an order compelling arbitration in such action shall have the right to collect from the other party its reasonable costs, necessary disbursements, and reasonable attorneys' fees incurred in securing an order compelling arbitration";

WHEREAS, the parties will bear their own costs and attorneys' fees as incurred in connection with this action to date; and

WHEREAS, based on the foregoing, the Parties stipulate and agree, and provide this joint stipulation to the Court, for an order staying this case and sending the matter to arbitration.

- 1 -

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:**

1.     TOP agrees to submit its claims asserted in this lawsuit to binding arbitration pursuant to the terms of the Arbitration Agreement, except that the following provision is waived and will not apply to the arbitration that is the subject of this stipulation: "If you or we need to invoke the authority of a court of competent jurisdiction to compel arbitration, then the party that obtains an order compelling arbitration in such action shall have the right to collect from the other party its reasonable costs, necessary disbursements, and reasonable attorneys' fees incurred in securing an order compelling arbitration"

2.     The parties will bear their own costs and attorneys' fees as incurred in connection with this action to date; and

3.     This case shall be stayed and the matter submitted to arbitration.

**IT IS SO STIPULATED.**

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 22, 2026        /s/ *Hans L. Mayer*
Matthew S. Bellinger
Hans L. Mayer
Nicholas A. Belair

Attorneys for Defendant
WHALECO, INC., D/B/A TEMU

DONIGER BURROUGHS

Dated: June 22, 2026        /s/ *Scott A. Burroughs*
Scott A. Burroughs

Attorney for Plaintiff
TWENTY ONE PILOTS, LLC

- 2 -

# **FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.


Dated: June 22, 2026          /s/ *Hans L. Mayer*
                              Hans L. Mayer